**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| BPH PHARMA LLC and DR. HEMANT PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>ELYSIUM PHARMACEUTICALS LTD.; YASHWANT PATEL; and JINKAL PATEL,<br><br>Defendants. | Civil Action No. 25-06873 (JXN)(MAH)<br><br>**ORDER** |

**NEALS**, District Judge

Before the Court is Plaintiffs BPH Pharma, LLC ("BPH") and Dr. Hemant Patel's ("Dr. Patel")[1] (collectively, "Plaintiffs") request to withdraw their earlier motion for default judgment against Defendants Elysium Pharmaceuticals Ltd. ("Elysium") and Yashwant Patel ("Yashwant") (collectively, "Defendants")[2] pursuant to Federal Rule of Civil Procedure 55(b). (ECF No. 14.) Also before this Court is Defendants' motion to set aside entry of default pursuant to Rule 55(c). (ECF No. 11.) The Court has carefully considered the parties' submissions and decides this matter without oral argument pursuant to Rule 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

**IT IS** on this 26th day of March 2026,

**ORDERED** that Plaintiffs' request to withdraw their motion for default judgment (ECF

---

[1] Several individuals relevant to this case share the last name "Patel". To ensure clarity, other individuals with the last name "Patel" will be referred to by their first names only after their initial mention.

[2] Jinkal Patel ("Jinkal") is the third-named defendant in this case (*see generally* Compl., ECF No. 1), however Plaintiffs' motion for default judgment is directed solely at Defendants Elysium and Yashwant (*see* Plas' Mot., ECF No. 10). Accordingly, for purposes of this Order, "Defendants" refers only to Elysium and Yashwant, notwithstanding that the allegations in the Complaint are asserted against all three defendants.

No. 14) is **GRANTED**, and the Clerk of the Court is directed to **ADMINISTRATIVELY TERMINATE** the motion at ECF No. 10; it is further

ORDERED that Defendants' motion to set aside entry of default pursuant to Rule 55(c). (ECF No. 11) is **GRANTED**; it is further

ORDERED that the Clerk of Court's entry of default against Elysium and Yashwant is set aside; and it is further

ORDERED that Plaintiffs are directed to effect proper service of process on Defendant Jinkal pursuant to Federal Rules of Civil Procedure and provide the Court with a status of service of process on or before **Monday, April 25, 2026**.

JULIEN XAVIER NEALS
United States District Judge